1036 

CANDICE THARP, *Respondent*, v. STEVEN M. STOCKINGER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-01126-3, Nile E. Aubrey, J., entered June 26, 1998. *Reversed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

THE STATE OF WASHINGTON, *Respondent*, v. TERRI LYNN NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00633-1, Roger A. Bennett, J., entered July 15, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. PHOUNE S. XAYASENESOUK, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 94-1-03813-0, J. Kathleen Learned, J., entered June 2, 1995. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent*, v. R.G.W., *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 96-8-03109-9, Richard A. Jones, J., entered August 12, 1996. *Reversed* by unpublished per curiam opinion.